## O. C. NELSON V. STATE.

No. 25,985.   October 29, 1952.
Rehearing Denied December 10, 1952.
Appellant's Motion for Rehearing Denied
(Without Written Opinion) January 7, 1953.
Order for Stay of Mandate Granted and Filed January 8, 1953.
Order Directing Issuance of Mandate Filed
April 30, 1953.

*Truman Warren,* Tyler, and *E. V. Trimble,* Pine Bluff, Arkansas, for appellant.

*George P. Blackburn,* State's Attorney, Austin, for the state.

DAVIDSON, Judge.

This is a conviction for the crime of abortion; the punishment, two years in the penitentiary.

The statement of facts before us bears neither the approval of counsel for the state and for the appellant, nor that of the trial court. The court reporter, alone, certifies to the correctness of the facts therein set forth.

Such a statement of facts does not meet the requirements of Art. 759a, Vernon's C. C. P., and is not entitled to be considered.

Without a statement of facts, the bills of exception appearing in the record cannot be appraised.

No error appearing, the judgment is affirmed.

Opinion approved by the court.

### ON MOTION FOR REHEARING.

MORRISON, Judge.

At a previous day of this term, we affirmed this cause, because the statement of facts was not entitled to be considered.

Appellant has attempted to cure this defect by supplying this court with affidavits from the trial court, the prosecuting attorney, and his attorney.

We have carefully considered the same, together with able counsel's brief, but remain convinced that sufficient diligence

on the part of appellant and his counsel has not been shown to warrant a consideration thereof. This is not a case where the omission was an oversight of the trial court as is found in the cases cited by appellant.

The motion for rehearing is overruled.